**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern _____ District of California
                  (State)

Case number (if known): _____ Chapter 7

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**

    KWIK KEY LOCK & SAFE COMPANY, INC.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   9 _ 2 _ – _ 1 _ 8 _ 1 _ 0 _ 0 _ 3 _ 7 _

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1949    W, El Camino Real | 789     W. Remington Drive |
| Number    Street | Number     Street |
| | P.O. Box |
| Mountain View    CA    94040 | Sunnyvale    CA    94087 |
| City    State    ZIP Code | City    State    ZIP Code |
| Santa Clara | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City    State    ZIP Code |

5. **Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4__  2__  3__  8__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Case: 24-50826    Doc# 1    Filed: 05/31/24    Entered: 05/31/24 14:35:47    Page 2 of 52

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No

   ☐ Yes. District _____ When _____ Case number _____
   MM / DD / YYYY

   District _____ When _____ Case number _____
   MM / DD / YYYY

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No

    ☐ Yes. Debtor _____ Relationship _____

    District _____ When _____
    MM / DD / YYYY

    Case number, if known _____

---

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number          Street

    _____

    _____
    City                                    State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

**Statistical and administrative information**

---

Case: 24-50826   Doc# 1   Filed: 05/31/24   Entered: 05/31/24 14:35:47   Page 3 of 52

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05 /31/2024
MM / DD / YYYY

✖    /s/ Jeffrey Paul Collins          Jeffrey Paul Collins
Signature of authorized representative of debtor          Printed name

Title    Chief Executive Officer

| Debtor | Kwik Key Lock & Safe Company, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✘ /s/ James S.K. Shulman
_____
Signature of attorney for debtor

Date  05/ 31/2024
     _____
     MM  / DD / YYYY

James S.K. Shulman
_____
Printed name

Shulman law Office
_____
Firm name

586          N. Frist Street, Suite 202
_____
Number        Street

San Jose                                          CA          95124
_____
City                                              State        ZIP Code

408-297-3333                                      ike@ikeshulmanlaw.com
_____
Contact phone                                     Email address

118938                                            CA
_____
Bar number                                        State

Case: 24-50826    Doc# 1    Filed: 05/31/24    Entered: 05/31/24 14:35:47    Page 5 of 52

**SPECIAL MEETING OF BOARD OF DIRECTORS OF CORPORATION**

A special meeting of the Board of Directors of Kwik Key Lock & Safe Co., Inc. was held on 5/22/2024 through in-person, phone, or electronic mail contact with the Chief Executive Officer. All current Directors were contacted and responded.

After discussion, upon motion duly made, seconded and carried, the following resolutions were adopted.

WHEREAS, the financial condition of the company provided has been reviewed in detail in statement provided by CEO, and

WHEREAS, the Board of Directors deem it to be in the best interest of this Corporation to file a Petition under Chapter 7 of the Bankruptcy Code,

NOW, THEREFORE, BE IT RESOLVED that any officer of this Corporation be, and hereby is, authorized and directed to execute whatever documents that may be necessary to file said Petition, and

BE IT FURTHER RESOLVED that Chief Executive Officer and the Vice President have been authorized and directed to retain the law firm of Shulman Law Offices as attorney of record for this Corporation for the purpose of preparing and filing such Petition and any and all other documents as may be necessary and proper in order to comply with such Chapter of the Bankruptcy code.

There being no further business to come before this meeting, the meeting was adjourned.

I hereby certify that the above Resolutions were duly adopted at a meeting of the Board of Directors of the Corporation held on 5/22/2024 and that said Resolutions remain in full force and effect.

Dated:___5/22/2024___          Signed: Jeffrey P. Collins

Title: Chief Executive Officer/Owner

**Fill in this information to identify the case and this filing:**

Debtor Name ____Kwik Key Lock & Safe Company, Inc.____

United States Bankruptcy Court for the: ____Northern____ District of ____California____
                                                               (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____05/31/2024____
           MM / DD / YYYY

✖ /s/ JEFFREY PAUL COLLINS
Signature of individual signing on behalf of debtor

JEFFREY PAUL COLLINS
Printed name

Chief Executive Officer
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  KWIKL KEY LOCK & SAFE COMPANY, INC.

United States Bankruptcy Court for the:  _____ Northern _____ District of  California
(State)

Case number (If known):  _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................

   $ _____ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................

   $ _____ 43269

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................

   $ _____ 43269

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................

   $ _____ 53883

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................

   $ _____ 14000

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................

   **+** $ _____ 439338

4. **Total liabilities**..................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 507221

Official Form 206Sum                    Summary of Assets and Liabilities for Non-Individuals                    page 1

**Fill in this information to identify the case:**

Debtor name ___KWIK KEY LOCK & SAFE COMPANY, INC.___

United States Bankruptcy Court for the: ___NORTHERN___ District of ___CALIFORNIA___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $_____0

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account num | |
|---|---|---|---|
| 3.1. Wells Fargo Bank | checking | _9_ _0_ _9_ _8_ | $_____-118 |
| 3.2. Wells Fargo Bank | savings | _4_ _0_ _7_ _7_ | $_____110 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____0
   4.2. _____    0_____0

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____8

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.           $_____

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | 6788 | – | 4753 | = ........➔   $ 2035 |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | 10,688 | – | 6776 | = ........➔   $ 3912 |
| | face amount | | doubtful or uncollectible accounts | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 10,551

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1. _____ | _____ | $_____ |
| 14.2. _____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:        % of ownership:

| | | |
|---|---|---|
| 15.1._____ | _____% | $_____ |
| 15.2._____ | _____% | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1._____ | _____ | $_____ |
| 16.2._____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

Case: 24-50826    Doc# 1    Filed: 05/31/24    Entered: 05/31/24 14:35:47    Page 10 of 52

Debtor _____
Name

Case number (if known)_____

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** Keys, locks, safes, fobs  (see attached list) | MM / DD / YYYY | $_____ | liquidation | 7595 $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ | 7595 |

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

| | Approx. Quantity | Value |
|---|---|---|
| **Asset** | 100 | 1500 |
| Cabinet Locks | 100 | 150 |
| Patio Door/Gate Lock Hardware | 50 | 50 |
| Door Security Accessories | 100 | 150 |
| Padlocks | 75 | 200 |
| Outdoor Lockboxes | 15 | 110 |
| Key Storage Cabinets | 4 | 100 |
| Hidden Key Accessories | 20 | 35 |
| Residential Grade Door Locks | 100 | 1000 |
| Mailboxes | 2 | 100 |
| Key Accessories-Lanyards, Key Rings, Etc | 500 | 200 |
| Key Blanks | 1000 | 500 |
| Door Closure Hardware | 20 | 1000 |
| Automotive Key Fobs | 100 | 500 |
| Safes-Home, Gun, Deposit, & Hotel | 15 | 2000 |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Desks, chairs, stools, shelves (see attached list) | $_____ | liquidation | $_____ 1635 |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers, printers etc. (See attached list) | $_____ | liquidation | $_____ 2390 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____ 4025

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Case: 24-50826    Doc# 1    Filed: 05/31/24    Entered: 05/31/24 14:35:47    Page 13 of 52

| Asset | Quantity | Value |
|---|---|---|
| Office Desk | 2 | 250 |
| Office Chair | 3 | 125 |
| Shop Stool | 4 | 60 |
| Reception Chair | 2 | 150 |
| Reception Table | 1 | 15 |
| Hardware/Parts Shelving Units | 10 | 150 |
| Retail Gondola | 15 | 600 |
| Retail Endcap Gondola | 4 | 160 |
| Slat Walls | 3 | 125 |

| Asset | Quantity | Value |
|---|---|---|
| Computers | 3 | 300 |
| Monitors | 3 | 100 |
| Printer | 1 | 100 |
| Phone System | 1 | 30 |
| Cash Register/POS System | 2 | 600 |
| Security Cameras | 4 Camera + Base Unit | 200 |
| Chromebook | 1 | 40 |
| Tablets | 2 | 80 |
| AC Unit | 1 | 100 |
| TV | 1 | 45 |
| Portable Heater | 2 | 50 |
| Office Fan | 2 | 40 |
| Fire Extinguisher | 3 | 30 |
| File Cabinet | 2 | 40 |
| Hand Cart | 1 | 25 |
| Shop Cart | 2 | 20 |
| Office Supplies | N/A | 100 |
| Microwave | 1 | 30 |
| Mini Fridge | 1 | 30 |
| Coffee Maker | 1 | 25 |
| Cleaning Supplies | N/A | 75 |
| Ladders | 3 | 150 |
| Neon Signs | 2 | 100 |
| Shredder | 1 | 30 |
| Ramps (loading) | 1 | 50 |

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2003 Ford E-150 van (187,847 mileage) | $_____ | Kelley Blue Book | $ 1749 |
| 47.2 1990 Ford E-250 van (197,876 mileage) | $_____ | Kelley Blue Book | $ 423 |
| 47.3 2013 Ford E-250 van (164,616 mileage) | $_____ | Kelley Blue Book | $ 5153 |
| 47.4 2013 Ford E-250 van (174,826 mileage) | $_____ | Kelley Blue Book | $ 4720 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Tools & key cutting machines  (see attached list) | $_____ | liquidation | $ 9045 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 21,090

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

# ATTACHMENT TO SCHEDULE A/B-PART 8-MACHINERY-LINE 50

|  | Quantity | Value |
|---|---|---|
| Power tools | ~25 | 800 |
| Endoscope Camera | 1 | 10 |
| Hand tools | ~100 | 800 |
| Vise | 6 | 100 |
| Vacuums | 5 | 125 |
| Tool Box (in vans) | 5 | 200 |
| Safety Equipment (vans) | 4 | 200 |
| Inverters & Isolators | 5 | 300 |
| Rytan 100 | 6 | 2400 |
| Futura NA Pro | 1 | 2000 |
| Punch Key Machine | 2 | 400 |
| HPC Cutting Machine + Code Book | 1 | 700 |
| Bench Buffer | 1 | 10 |
| SmartPro Vehicle Programmer | 2 | 1000 |
|  |  |  |
|  |  | 9045 |

Case: 24-50826   Doc# 1   Filed: 05/31/24   Entered: 05/31/24 14:35:47   Page 17 of 52

<u>Name</u>

| **Part 9:** | **Real property** |

54. **Does the debtor own or lease any real property?**
   - ☐ No. Go to Part 10.
   - ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 leasehold interest in 1460 sq ft storefront | sub-lease | $_____ | liquidation | $_____ 0 |
| 55.2 (lease expires 3/27) | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      $_____ 0

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ☑ No
   - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☐ No. Go to Part 11.
   - ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ 0 |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ 0 |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ 0 |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ 0 |
| 64. **Other intangibles, or intellectual property**<br>Logo | $_____ | _____ | $_____ 0 |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ 0 |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.      $_____ 0

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜   $_____

                         Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____

_____   Tax year _____   $_____

_____   Tax year _____   $_____

**73. Interests in insurance policies or annuities**

_____      $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____      $_____

Nature of claim      _____

Amount requested    $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____      $_____

Nature of claim      _____

Amount requested    $_____

**76. Trusts, equitable or future interests in property**

_____      $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____      $_____

_____      $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 8 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 10,551 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 7595 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 4025 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 21,090 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ 43,269 | + 91b. $ 43,269 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...............................................    $ 43,269

**Fill in this information to identify the case:**

Debtor name    KWIK KEY LOCK & SAFE COMPANY, INC.

United States Bankruptcy Court for the:   Northern   District of   California
                                                              (State)

Case number (If known): _____

☐ Check if this is an amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**   **Creditor's name**

FC Marketplace, LLC

**Creditor's mailing address**

dba Funding Circle

707 17th Street, Suite 2200

Denver  CO  80202

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   8   7   7   9

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

**Describe debtor's property that is subject to a lien**

lien on debtor's assets       $ _____ 53,883    $ _____ 43,269

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.2**   **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  - ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

_____   $_____   $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ _____ 53,883

Case: 24-50826    Doc# 1    Filed: 05/31/24    Entered: 05/31/24 14:35:47    Page 21 of 52

| | **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Jeffrey P. Collins & Sarah F. Collins<br>789 W. Remington Drive<br>Sunnyvale  CA  94087 | Line __2.1 | ___ ___ ___ ___ |
| | Line __ | ___ ___ ___ ___ |
| | Line __ | ___ ___ ___ ___ |
| | Line __ | ___ ___ ___ ___ |
| | Line __ | ___ ___ ___ ___ |
| | Line __ | ___ ___ ___ ___ |
| | Line __ | ___ ___ ___ ___ |
| | Line __ | ___ ___ ___ ___ |
| | Line __ | ___ ___ ___ ___ |
| | Line __ | ___ ___ ___ ___ |
| | Line __ | ___ ___ ___ ___ |
| | Line __ | ___ ___ ___ ___ |
| | Line __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    KWIK KEY LOCK & SAFE COMPANY, INC.

United States Bankruptcy Court for the:    Northern    District of   California
                                                                    (State)

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia  PA  19101

As of the petition filing date, the claim is:    $     14,000     $     14,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
    2023 - Q01 & Q02

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
American Express

PO Box 981535

El Paso TX 79998

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _3_ _0_ _0_ _0_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Nonspecific

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____16,681

---

**3.2** **Nonpriority creditor's name and mailing address**
Anixter, Inc.

2301 Patriot Blvd.

Glenview IL 60026

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _5_ _6_ _9_ _2_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Nonspecific

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____6,117

---

**3.3** **Nonpriority creditor's name and mailing address**
ARCO Business Solutions

PO Box 1239

Covington LA 70434

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _1_ _2_ _6_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Nonspecific

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____1,265

---

**3.4** **Nonpriority creditor's name and mailing address**
Chase

PO Box 15298

Wilmington DE 19850

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _6_ _1_ _6_ _9_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____17,000

---

**3.5** **Nonpriority creditor's name and mailing address**
Comcast

9602 South 300 West, Ste. B

Sandy UT 84070

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _2_ _9_ _0_ _8_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____535

---

**3.6** **Nonpriority creditor's name and mailing address**
Franchise Tax Board

PO Box 942867

Sacramento CA 94257

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _5_ _4_ _1_ _5_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____1780

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of 6

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.7** **Nonpriority creditor's name and mailing address**

Kaiser Permanente

PO Box 7024

Pasadena  CA  91109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 0  0  1  7

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1398

---

**3.8** **Nonpriority creditor's name and mailing address**

Masha Grupp Trust TWO DTD 278

c/o Ventana Property Services

975 High Street

Palo Alto  CA  94301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 196,655

---

**3.9** **Nonpriority creditor's name and mailing address**

Michael and Paulette Fenton

376 East Ama Fille Lane

Elk Ridge  UT  84651

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 33,300

---

**3.10** **Nonpriority creditor's name and mailing address**

R + H Wholesale Supply, Inc.

81 Dorman Avenue

San Francisco CA  94124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1  4  3  9

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 5219

---

**3.11** **Nonpriority creditor's name and mailing address**

Small Business Administration

211 Main St. 4th Floor

San Francisco CA  94105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 7  4  1  0

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 146,034

Official Form 206E/F                  Schedule E/F: Creditors Who Have Unsecured Claims                  page 3 of 6

| Part 2: | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

Vehicle Registration Collections

Franchise Tax Board

PO Box 419001

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _2_ _0_ _2_ _3_

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ 496

---

**3.13** **Nonpriority creditor's name and mailing address**

Wells Fargo Bank

PO Box 29482

Phoenix  AZ  85038

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _5_ _6_ _8_ _4_

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ 6491

---

**3.14** **Nonpriority creditor's name and mailing address**

Wells Fargo Bank

PO Box 29482

Phoenix  AZ  85038

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _3_ _5_ _4_ _5_

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ 6367

---

☐ **Nonpriority creditor's name and mailing address**

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

☐ **Nonpriority creditor's name and mailing address**

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 4 of 6

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Alan M. Evans and Patti P. Evans<br>898 Savory Drive<br>Sunnyvale  CA  94087 | Line 4.4<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Julie Brennr, Edward Fernandez & David Lampert<br>c/o Ventana Property Services<br>975 High Street<br>Palo Alto  CA  94301 | Line 4.6<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | US Small Business Administration<br>455 Market Street #600<br>San Francisco CA  94105 | Line 4.9<br>☐ Not listed. Explain _____ | 7 4 1 0 |
| 4.4. | US Small Business Administration<br>CESC-Covid EIDL Service Center<br>14925 Kingsport Rd.<br>Forth Worth  TX  76155 | Line 4.9<br>☐ Not listed. Explain _____ | 7 4 1 0 |
| 4.1. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ _____ 14,000 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ _____ 439,338 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ _____ 453.338 |

☐ Check if this is an
amended filing

**Fill in this information to identify the case:**

Debtor name _KWIK KEY LOCK & SAFE COMPANY, INC._

United States Bankruptcy Court for the: _Northern_    District of _California_
(State)

Case number (If known): _____    Chapter _____

---

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | leasehold interest in 1460 sq. ft. storefront located-1949 W. El Camino, Mtn. View C/ | Masha Grupp Trust Two DTD 278 c/o Ventana Property Services 975 High Street Palo Alto, CA 94301 |
| State the term remaining | 33 months; expires 3/27 | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Case: 24-50826    Doc# 1    Filed: 05/31/24    Entered: 05/31/24 14:35:47    Page 29 of 52

Debtor name    KWIK KEY LOCK & SAFE COMPANY, INC.

United States Bankruptcy Court for the: Northern    District of California
                                                              (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Alan & Patti Evans | 898 Savory Drive<br>Street<br><br>Sunnyvale    CA    94087<br>City    State    ZIP Code | Chase | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 Alan & Patti Evans | 898 Savory Drive<br>Street<br><br>Sunnyvale    CA    94087<br>City    State    ZIP Code | Small Business Administration | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 Alan & Patti Evans | 898 Savory Drive<br>Street<br><br>Sunnyvale    CA    94087<br>City    State    ZIP Code | ARCO Business Solutions | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 Alan & Patti Evans | 898 Savory Drive<br>Street<br><br>Sunnyvale    CA    94087<br>City    State    ZIP Code | Masha Grupp Trust et al | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 Alan & Patti Evans | 898 Savory Drive<br>Street<br><br>Sunnyvale    CA    94087<br>City    State    ZIP Code | Kaiser Permanente | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 Jeffrey & Sarah Collins | 789 W. Remington Drive<br>Street<br><br>Sunnyvale    CA    94087<br>City    State    ZIP Code | Masha Grupp Trust et al | ☐ D<br>☑ E/F<br>☐ G |

Official Form 206H    Schedule H: Codebtors    page 1 of _2__

| Debtor | KWIK KEY LOCK & SAFE COMPANY, INC. | Case number (if known) |
|--------|-----------------------------------|------------------------|
|        | Name                              |                        |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Jeffrey & Sarah Collins | 789 W. Remington Drive<br>Street<br><br>Sunnyvale    CA    94087<br>City    State    ZIP Code | FC Marketplace, LLC | ☐ D<br>☐ E/F<br>☐ G |
| 2.8 | Jeffrey & Sarah Collins | 789 W. Remington Drive<br>Street<br><br>Sunnyvale    CA    94087<br>City    State    ZIP Code | Wells Fargo Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | Jeffrey & Sarah Collins | 789 W. Remington Drive<br>Street<br><br>Sunnyvale    CA    94087<br>City    State    ZIP Code | Wells Fargo Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Jeffrey Collins | 789 W. Remington Drive<br>Street<br><br>Sunnyvale    CA    94087<br>City    State    ZIP Code | American Express | ☐ D<br>☑ E/F<br>☐ G |
| 2.__ | | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H      Schedule H: Codebtors      page _2__ of _2__

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _01/01/2024_<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☑ Other _sale of assets_ | $ _140,005_ |
| **For prior year:** | From _01/01/2023_<br>MM / DD / YYYY | to | _12/31/2023_<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ _557,936_ |
| **For the year before that:** | From _01/01/2022_<br>MM / DD / YYYY | to | _12/31/2022_<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ _512,255_ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

Case: 24-50826    Doc# 1    Filed: 05/31/24    Entered: 05/31/24 14:35:47    Page 32 of 52

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Jeffrey & Sarah Collins<br>Insider's name<br>789 W. Remington Drive<br>Street<br>Sunnyvale   CA   94087<br>City   State   ZIP Code | past 12 months | $ 10,809 | Payments owed by debtor to creditor FC Marketplace, LLC<br>which were guaranteed by insiders |
| | **Relationship to debtor**<br>CEO & Vice President | | | |
| 4.2. | Jeffrey Collins<br>Insider's name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | past 12 months | $ 22,259 | Payments owed by debtor to creditor American Express<br>which were guaranteed or cosigned by insider |
| | **Relationship to debtor**<br>CEO | | | |

Case: 24-50826    Doc# 1    Filed: 05/31/24    Entered: 05/31/24 14:35:47    Page 33 of 52

**Attachment to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider (continued)**

**4.3  Insider's name and address**   **Dates**   **Total amount or value**   **Reasons for payment or transfer**

Jeffrey and Sarah Collins      past year             $27,516                   Payments owed by debtor to
                                                                               creditor Wells Fargo Bank acct
                                                                               ending #3545 which were
                                                                               guaranteed or cosigned by
                                                                               insiders
**Relationship to debtor**
CEO and Vice president

**4.4  Insider's name and address**   **Dates**   **Total amount or value**   **Reasons for payment or transfer**

Jeffrey and Sarah Collins      past year             $30,080                   Payments owed by debtor to
                                                                               creditor Wells Fargo Bank acct
                                                                               ending #5684 which were
                                                                               guaranteed or cosigned by
                                                                               insiders
**Relationship to debtor**
CEO and Vice president

**4.5  Insider's name and address**   **Dates**   **Total amount or value**   **Reasons for payment or transfer**

Alan Evans                     past year             $8,041                    Payments owed by debtor to
                                                                               creditor Small Business
                                                                               Administration which were
                                                                               guaranteed by insider
**Relationship to debtor**
Director

**4.6  Insider's name and address**   **Dates**   **Total amount or value**   **Reasons for payment or transfer**

Alan Evans                     past year             $10,279                   Payments owed by debtor to
                                                                               creditor Chase which were
                                                                               guaranteed by insider
**Relationship to debtor**
Director

page 2a

**Attachment to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider (continued)**

**4.7 Insider's name and address Dates Total amount or value Reasons for payment or transfer**

On 2/2/23, Michael and Paulette Fenton, parents of Sarah Collins, loaned the debtor $36,000.

From 2/24/23 through 5/20/23 the debtor repaid Mr. and Mrs. Fenton a total of $3,500.

From 6/21/23 through 12/21/23, the debtor repaid Mr. and Mrs. Fenton a total of $7,200.

On 1/19/24, Mr. and Mrs. Fenton loaned the debtor an additional $9,000.

On 2/21/24, the debtor repaid Mr. and Mrs. Fenton $1,000.

The total amount of loan repayments made to Mr. and Mrs. Fenton in the past year was $8,200.

The total amount loaned to the debtor by Mr. and Mrs. Fenton in the past year was $9,000.

**Relationship to debtor**
Parents of Vice President

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Creditor's name / Street / City State ZIP Code | | | $_____ |
| 5.2. Creditor's name / Street / City State ZIP Code | | | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name / Street / City State ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | $_____ |

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | Name / Street / City State ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. | | Name / Street / City State ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | | Name |
| City          State     ZIP Code | **Case number** | Street |
| | | |
| | **Date of order or assignment** | City          State          ZIP Code |
| | | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | _____ | $_____ |
| Street | | | |
| | | | |
| City     State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| | | | |
| **9.2.** Recipient's name | | _____ | $_____ |
| Street | | | |
| | | | |
| City     State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $_____ |

Case: 24-50826    Doc# 1    Filed: 05/31/24    Entered: 05/31/24 14:35:47    Page 37 of 52

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | James Shulman | | 5/24 | $ 6338 |
| | **Address** | | | |
| | 586 N. First Street, Ste 202 | | | |
| | Street | | | |
| | San jose     CA     95112 | | | |
| | City     State     ZIP Code | | | |
| | **Email or website address** | | | |
| | ike@ikeshulmanlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City     State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

Case: 24-50826    Doc# 1    Filed: 05/31/24    Entered: 05/31/24 14:35:47    Page 38 of 52

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Watsonville Auto Group | 2018 Ford Transit 250 (49,640 mileage) sold | 5/15/24 | $ 21,950 |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | no relation | | | |
| 13.2. | Who received transfer? | | | $ _____ |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

## Part 7: Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street | From _____ To _____ |
| | City          State     ZIP Code | |
| 14.2. | Street | From _____ To _____ |
| | City          State     ZIP Code | |

Case: 24-50826    Doc# 1    Filed: 05/31/24    Entered: 05/31/24 14:35:47    Page 39 of 52

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** Facility name _____ | _____ | _____ |
| Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City   State   ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.2.** Facility name _____ | _____ | _____ |
| Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City   State   ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.   customer names, addresses, phone numbers & email addresses

    Does the debtor have a privacy policy about that information?

    ☑ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.

       ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

       Has the plan been terminated?

       ☐ No

       ☐ Yes

Case: 24-50826    Doc# 1    Filed: 05/31/24    Entered: 05/31/24 14:35:47    Page 40 of 52

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ Name<br>_____ Street<br>_____ City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____ Name<br>_____ Street<br>_____ City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____ City   State   ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Public Storage<br>Name<br>1040 Terra Bella Avenue<br>Street<br>Mountain View   CA   94043<br>City   State   ZIP Code | Jeffrey Collins<br><br>**Address**<br>_____ | old parts<br>_____<br>_____ | ☐ No<br>☐ Yes |

Case: 24-50826    Doc# 1    Filed: 05/31/24    Entered: 05/31/24 14:35:47    Page 41 of 52

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Case: 24-50826    Doc# 1    Filed: 05/31/24    Entered: 05/31/24 14:35:47    Page 42 of 52

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| | | _____ | |
| City     State     ZIP Code | City     State     ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Street | _____ | **Dates business existed** |
| | City     State     ZIP Code | _____ | From _____ To _____ |
| 25.2. | Name | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Street | _____ | **Dates business existed** |
| | City     State     ZIP Code | _____ | From _____ To _____ |
| 25.3. | Name | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Street | _____ | **Dates business existed** |
| | City     State     ZIP Code | _____ | From _____ To _____ |

Case: 24-50826    Doc# 1    Filed: 05/31/24    Entered: 05/31/24 14:35:47    Page 43 of 52

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Elf Consulting Inc.<br>Name<br>1521 S 680 W<br>Street | From 11/22   To present |
| UT   84601<br>City   State   ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26a.2.** Sarah Collins<br>Name<br>789 W. Remington Drive<br>Street | From 8/22   To 12/23 |
| Sunnyvale   CA   94087<br>City   State   ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| **26b.1.**<br>Name<br>Street | From _____   To _____ |
| City   State   ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26b.2.**<br>Name<br>Street | From _____   To _____ |
| City   State   ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Jeffrey and Sarah Collins<br>Name<br>789 W. Remington Drive<br>Street | _____<br>_____<br>_____ |
| Sunnyvale   CA   94087<br>City   State   ZIP Code | |

Case: 24-50826    Doc# 1    Filed: 05/31/24    Entered: 05/31/24 14:35:47    Page 44 of 52

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | _____ |
| Street | _____ |
| City                     State           ZIP Code | _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City                     State           ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| City                     State           ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City                     State           ZIP Code |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.

_____
Name

_____
Street

_____
City                                      State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeffrey Collins | 789 W. Remington Dr, Sunnyvale, CA 94087 | CEO/Director | 50% |
| Sarah Collins | 789 W. Remington Dr, Sunnyvale, CA 94087 | Vice President/Director | 50% |
| Ammon & Danja Collins | 800 W. El Camino Real, Santa Clara, CA | Ammon-CFO; Directors | 0% |
| Elijah Collins | 789 W. Remington Dr, Sunnyvale, CA 94087 | Secretary/Director | 0% |
| Alan Evans | 898 Savory Dr, Sunnyvale, CA 94087 | Director | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipien | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Jeffrey Collins, 789 W. Remington Dr, Sunnyvale | $60,161 | past 12 months; | CEO-wages |
| 30.2 | Sarah Collins, 789 W. Remington Dr, Sunnyvale | $24,650 | past 12 months; bookkeeping | |
| 30.3 | Ammon Collins, 800 W. El Camino Real, Santa Clara | $226 | past 12 months; invoicing | |
| 30.4 | Elijah Collins, 789 W. Remington Dr, Sunnyvale | $70 | past 12 months; inventory; stocking | |
| 30.5 | Patrick Collins,789 W. Remington Dr, Sunnyvale | $745 | past 12 months; inventory; stocking | |
| 30.6 | Danja Collins, 800 W. El Camino Real, Santa Clara | $7365 | past 12 months; invoicing;cust svce | |
| 30.7 | Sadie Collins,789 W. Remington Dr, Sunnyvale | $1028 | past 12 months; cust svce; stocking | |

_____

Case: 24-50826    Doc# 1    Filed: 05/31/24    Entered: 05/31/24 14:35:47    Page 46 of 52

| Name and address of recipient | | | | |
|---|---|---|---|---|
| 30.2 | | _____ | _____ | _____ |
| | Name _____ | | _____ | |
| | Street _____ | | _____ | |
| | _____ | | | |
| | City                          State        ZIP Code | | _____ | |
| | **Relationship to debtor** | | _____ | |
| | _____ | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
   ☒ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
   ☒ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/31/2024
                      MM  /  DD  / YYYY

✗ /s/ Jeffrey Paul Collins                                    Printed name   Jeffrey Paul Collins
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Chief Executive Officer

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
   ☐  No
   ☒  Yes

Case: 24-50826     Doc# 1     Filed: 05/31/24     Entered: 05/31/24 14:35:47     Page 47 of 52

| In re: KWIK KEY LOCK & SAFE COMPANY, INC. | Case No. | |
|---|---|---|
| **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR: CHAPTER 7**       12/15 | United States Bankruptcy Court Northern District of California | ☐ Amended ☐ Supplemental |

Pursuant to 11 U.S.C. § 329 and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, I certify that I am the attorney for the above-named debtor(s) and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the debtors(s) in contemplation of or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition is as follows:

| | |
|---|---|
| $ 6,338.00 | is the amount I have agreed to accept, of which |
| $ 6,338.00 | has been paid prior to the filing of this statement, and |
| $ 0.00 | is the amount remaining to be paid. |
| debtor's income | is the source of the compensation already paid; and |
| not applicable | is the expected source of the compensation yet to be paid. |

I have not agreed to share this or any future compensation with any other person.

In return for the above-disclosed fee, I have agreed to render legal services as stated in the legal services agreement executed by the Debtor(s) and Shulman Law Offices. Said agreement is consistent with this Court's GUIDELINES FOR LEGAL SERVICES TO BE PROVIDED BY DEBTORS' ATTORNEYS IN CHAPTER 7 CASES, which the debtor(s) have signed and received.

CERTIFICATION

Under penalty of perjury, I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor(s) in this bankruptcy proceeding.

Date: 05/31/2024

/s/ James S.K. Shulman

Signature of Attorney,
James S.K. Shulman (SBN 118938)

Shulman Law Offices
586 N. First Street #202
San Jose CA 95112
phone: (408) 297-3333
fax: (408) 993-1869
email: ike@ikeshulmanlaw.com

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR: CHAPTER 7**

| In re: KWIK KEY LOCK & SAFE COMPANY, INC. | Case No. | |
|---|---|---|
| **CREDITOR MATRIX COVER SHEET** | United States Bankruptcy Court<br>Northern District of California | ☐ Amended |

I declare that the attached Creditor Mailing Matrix, consisting of __**3**__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor(s)' filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: 05/31/2024 _____

/s/ James S.K. Shulman
_____
Signature of Debtor(s)' Attorney
JAMES S.K. SHULMAN
Shulman Law Offices
586 N. First Street, Suite 202
San Jose, CA 95112

**CREDITOR MATRIX COVER SHEET**

FC Marketplace, LLC
dba Funding Circle
707 17th Street, Suite 2200
Denver  CO  80202


Internal Revenue Service
PO Box 7346
Philadelphia  PA  19101


Alan M. Evans and Patti P. Evans
898 Savory Drive
Sunnyvale  CA  94087


American Express
PO Box 981535
El Paso  TX  79998


Anixter, Inc.
2301 Patriot Blvd.
Glenview  IL  60026


ARCO Business Solutions
PO Box 1239
Covington  LA  70434


Chase
PO Box 15298
Wilmington DE  19850


Comcast
9602 South 300 West, Ste. B
Sandy  UT  84070

Franchise Tax Board
PO Box 942867
Sacramento   CA   942457


Jeffrey P. Collins & Sarah F. Collins
789 W. Remington Drive
Sunnyvale   CA   94087


Julie Brennr, Edward Fernandez & David Lampert
c/o Ventana Property Services
975 High Street
Palo Alto   CA   94301


Kaiser Permanente
PO Box 7024
Pasadena   CA   91109


Masha Grupp Trust TWO DTD 278
c/o Ventana Property Services
975 High Street
Palo Alto   CA   94301


Michael and Paulette Fenton
376 East Ama Fille Lane
Elk Ridge   UT   84651


R + H Wholesale Supply, Inc.
81 Dorman Avenue
San Francisco CA   94124


Small Business Administration
211 Main St. 4th Floor
San Francisco CA   94105

```
US Small Business Administration
455 Market Street #600
San Francisco CA  94105



US Small Business Administration
CESC-Covid EIDL Service Center
14925 Kingsport Rd.
Forth Worth  TX  76155



Vehicle Registration Collections
Franchise Tax Board
PO Box 419001
Sacramento  CA  95741



Wells Fargo Bank
PO Box 29482
Phoenix  AZ  85038



Wells Fargo Bank
PO Box 29482
Phoenix  AZ  85038
```